In the Matter of the Claim of LEON J. FERRY, Respondent, v. JAMESTOWN MALLEABLE IRON DIV. et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.